JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 688 -- IN RE WILLIAMS PATENT LITIGATION

| Date | Pldg. No. | Pleading Description |
|---|---|---|
| 86/04/08 | 1 | MOTION, BRIEF, CERT. OF SVC. AND EXHIBITS -- Hughes Aircraft Co. for transfer of actions. Suggested transferee district: District of Columbia (tmq) |
| 86/04/11 | | HEARING ORDER -- Setting motion to transfer for hearing in Washington D.C. on May 16, 1986 (cds) |
| 86/04/18 | | APPEARANCES -- Peter L. Winik for Hughes Aircraft Co. and Albert E. Fey for Ford Aerospace & Communications Corp. International Telecommunication Satellite Organization Communications Satellite Corp (tmq) |
| 6/04/24 | 2 | RESPONSE -- Ford Aerospace & Comm. Corp. Satellite Corp. and International Telecommunicatins Satellite Organization (to pldg. #1) -- w/cert. of svc (tmq) |
| 86/05/16 | | HEARING APPEARANCES -- (hearing 5/16/86) ALL WAIVED ORAL ARGUMENT (rh) |
| 86/05/27 | | CONSENT OF TRANSFEREE COURT -- for assignment of litigation to Judge Green (cds) |
| 86/05/27 | | TRANSFER ORDER -- transferring A-1 to the District of the District of Columbia before the Honorable Joyce Hens Green -- Notified involved judges, clerks, counsel, misc. recipients (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 688 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE WILLIAMS PATENT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | May 27, 1986 | T.O. | unpublished | D. D.C. | Joyce Hens Green | |

misc # 86-0172

Special Transferee Information

DATE CLOSED: 10/8/87

JPML FORM 1

**LISTING OF INVOLVED ACTIONS**

DOCKET NO. 688 -- IN RE WILLIAMS PATENT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Hughes Aircraft Corp. v. Ford Aerospace & Communications Corp. | Del. Schwartz | 85-666 | 5/27/86 | 86-1475 | 10/8/87 D | |
| A-2 | Hughes Aircraft Corp. v. Communications Satellite Corp. | D.C. Green | 85-3658 | | | 10/8/87 D | |
| A-3 | Hughes AirCraft Corp. v. Interational Telecommunications Satellite Organization | D.C. Green | 85-3660 | | | 10/8/87 D | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 688 -- In Re Williams Patent Litigation

| | |
|---|---|
| HUGHES AIRCRAFT COMPANY (A-1, A-2, A-3)<br>Peter L. Winik, Esq.<br>Latham, Watkins & Hills<br>1333 New Hampshire Ave., N.W.<br>Suite 1200<br>Washington, D.C. 20036-1594 | FORD AEROSPACE & COMMUNICATIONS CORP.<br>INTERNATIONAL TELECOMMUNICATION SATELLITE ORGANIZATION COMMUNICATIONS SATELLITE CORPORATION<br>Albert E. Fey<br>Fish & Neave<br>875 Third Avenue<br>New York, New York 10022 |