JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY 27 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 688

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE WILLIAMS PATENT LITIGATION

TRANSFER ORDER*

All parties to the actions listed on the attached Schedule A agree upon the desirability of, or do not oppose, transfer, pursuant to 28 U.S.C. §1407, of the action pending in the District of Delaware to the District of the District of Columbia for coordinated or consolidated pretrial proceedings with the two actions pending there. On the basis of the papers filed,[1/] the Panel finds that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the District of Delaware be, and the same hereby is, transferred to the District of the District of Columbia and, with the consent of that court, assigned to the Honorable Joyce Hens Green for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Fred Daugherty recused himself and took no part in the decision of this matter. Judge Robert H. Schnacke took no part in the decision of this matter.

[1/] The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).